# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>SILAS TIDE BAYSDEN<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 13, 2017__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | by force, violence and intimidation, did take from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of the HSBC Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

MICHAEL BROWN, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/14/2017

*Judge's signature*

City and state: Washington, D.C.            G. MICHAEL HARVEY, Magistrate Judge

*Printed name and title*