## STATEMENT OF FACTS

On February 13, 2017, the HSBC Bank at 1401 I Street NW, Washington, DC 20005, was robbed at approximately 11:36 a.m.  The defendant, Silas Tide Baysden, entered the bank and spoke to ("W-1") and provided what appeared to be an expired passport.  The defendant then told W-1 that he had a bomb and demanded currency and then proceeded to the center teller station referred to as station #2.  At this time, the defendant told a teller ("T-1") that "this is a robbery and that he had a bomb."  The defendant then demanded currency in the form of "50's, 20's, and 100's."  T-1 complied and provided the defendant with two packets of serialized bait money amounting to $450.  The defendant demanded more money and W-1 instructed T-1 to provide additional money that amounted to $11,340.  T-1 described the defendant as a white male approximately 5'10" tall, chubby, clean shaven with red cheeks, and that he had no identifiable markings.  Furthermore, the defendant was described as wearing mirrored aviator sunglasses, a black wool hat, black jacket, all black clothes, and that he had what looked like a stick in his hand which he held like a cigarette.  The defendant's face was not covered during the robbery and was clearly visible and the incident was captured on video.

After leaving teller station #2, the defendant was confronted by two bank employees ("W-3") and ("W-4") as he exited the bank.  They pursued him across the street and the defendant was tackled by W-3 and W-4 assisted in holding him until law enforcement arrived and placed the defendant under arrest.  A total of $11,790 was recovered from the defendant and the serial numbers on the currency matched bait money provided by the HSBC Bank.

Your affiant would note that the HBSC Bank involved in this matter is insured by the Federal Deposit Insurance Corporation (FDIC).

_____
SPECIAL AGENT MICHAEL BROWN
FEDERAL BUREAU OF INVESTIGATION

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF FEBRUARY 2017.

_____
U.S. MAGISTRATE JUDGE